## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Norma Walker Thomas,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. # 2:09-2990-PMD-BM |
| | ) | |
| V. | ) | |
| | ) | |
| **City of Georgetown,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On January 19, 2010, this court issued an Order dismissing the above referenced matter without prejudice for lack of prosecution. The plaintiff filed a letter and Answers to Court's Special Interrogatories on January 27, 2010. In plaintiff's letter she advises the court that she "misunderstood the papers" she received regarding bringing the case into proper form.

Now therefore, as it appears that the case is now in proper form to proceed, it is herewith

**ORDERED** that the Order dated January 19, 2010, dismissing the above captioned matter is herewith vacated, and this matter is herewith reinstated on the court's docket.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

February 1, 2010
Charleston, South Carolina